Estelle R. Firebaugh et al., Appellants, v. Francis W. McGovern et al., Appellees.

Gen. Nos. 44,376, 44,589.

Arthur Abraham, for appellants; Wilson & McIlvaine, for certain appellee; J. F. Dammann and F. A. Reichelderfer, of counsel; Wm. E. Moran and Sherman & Lewis, for other appellees; Irving S. Abrams, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 17, 1950; released for publication January 17, 1950.